AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## District of New Jersey

| | |
|---|---|
| MICHAEL E. VINTZILEOS and STEVEN WRONKO )<br>*Plaintiff* )<br>v. )<br>BOROUGH OF LAVALLETTE, et. al )<br>*Defendant* ) | Case No.  3:25-cv-02200-GC-RLS |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BOROUGH OF LAVALLETTE; WALTER LACICERO; JOHN BENNETT; DONNELLY AMICO; CHRISTIAN LACICERO; SERGEANT ADAM LACIERO; and SERGEANT JUSTIN D. LAMB

Date:   05/22/25

/s/ Christopher S. Tretola, Esq.
*Attorney's signature*

Christopher S. Tretola, Esq. - Fed. 4217, NJ 033471998
*Printed name and bar number*
Hartman Duff LLC
3500 Quakerbridge Road, Suite 202
Hamilton, NJ 08619

*Address*

ctretola@hartmanduff.com
*E-mail address*

(609) 586-9000
*Telephone number*

(609) 586-9404
*FAX number*